# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

GEOFFREY W. CASTELLO
(973) 503-5922
EMAIL: gcastello@kelleydrye.com

August 10, 2016

**BY E-MAIL, ECF AND FEDERAL EXPRESS**

Michael R. Reese
George V. Granade
Reese LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
mreese@reesellp.com
ggranade@reesellp.com

Kevin Landau
Brett Cebulash
Miles Greaves
Taus, Cebulash & Landau, LLP
80 Maiden Lane, Suite 1204
New York, New York 10038
klandau@tcllaw.com
bcebulash@tcllaw.com
mgreaves@tcllaw.com

Shannon J. Carson
Sarah R. Schalman-Bergen
Eric Lechtzin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
scarson@bm.net
sschalman-bergen@bm.net
elechtzin@bm.net

John A. Yanchunis
Morgan & Morgan
Complex Litigation Group
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com

Re: *Jeremy Greene and Cetaria Wilkerson v. Gerber Products Co.*,
Case No. 16-cv-01153 (MKB)(RER)

Dear Counsel:

  We represent Defendant Gerber Products Co. ("Gerber") in this action. Pursuant to the Individual Practices and Rules of Judge Margo K. Brodie, enclosed please find the following documents: (1) Gerber's Notice of Motion to Dismiss, Stay, and Strike Allegations from Plaintiffs' Class Action Complaint; (2) Memorandum of Law in Support of Gerber's Motions; and (3) the Declaration of Geoffrey W. Castello, dated August 10, 2016, with Exhibits 1 through 4.

August 10, 2016  
Page Two

**KELLEY DRYE & WARREN** LLP

These documents will be electronically filed on the due date for submission of Gerber's reply papers.

                                Very truly yours,

                                /s/ *Geoffrey W. Castello*

                                Geoffrey W. Castello

Encls.

cc:    Judge Margo K. Brodie (by ECF only without enclosures)

Case 1:16-cv-01153-MKB-RER   Document 18   Filed 08/10/16   Page 2 of 2 PageID #: 203