UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY GREENE and CETARIA WILKERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS CO. a corporation d/b/a NESTLE NUTRITION, NESTLE INFANT NUTRITION, and NESTLE NUTRITION NORTH AMERICA,<br><br>Defendant. | Civil Action No. 16-cv-1153<br><br>**DECLARATION OF<br>GEOFFREY W. CASTELLO** |

GEOFFREY W. CASTELLO, declares:

1. I am an attorney at law duly authorized to practice before this Court and am a member of the law firm of Kelley Drye & Warren LLP counsel for Defendant Gerber Products Co. ("Gerber"). I make this declaration in support of Gerber's Motion to Dismiss, Stay and Strike Allegations From Plaintiffs' Class Action Complaint.

2. Annexed hereto as Exhibit 1 is a true and correct copy of a letter from the Federal Food and Drug Administration ("FDA") to Nestlé Nutrition dated May 24, 2011. This letter is publicly available and can be found at http://www.fda.gov/Food/IngredientsPackagingLabeling/LabelingNutrition/ucm256731.htm (last accessed August 8, 2016).

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Complaint filed in the action styled *Federal Trade Commission v. Gerber Products Co.*, No. 2:14-cv-06771-SRC-CLW (D.N.J. filed Oct. 29, 2014).

    4. Annexed hereto as Exhibit 3 is a true and correct copy of a letter from the FDA to Nestlé Infant Nutrition, dated October 31, 2014.  This letter is publicly available and can be found at http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2014/ucm423087.htm (last accessed August 8, 2016).

    5. Annexed hereto as Exhibit 4 is a true and correct copy of a letter from the FDA to Nestlé Infant Nutrition, dated July 13, 2015.  This letter is publicly available and can be found at http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2015/ucm454778.htm (last accessed August 8, 2016).

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the law of the United States of America that the foregoing is true and correct.

Executed:  August 10, 2016

               /s/ *Geoffrey W. Castello*
               Geoffrey W. Castello