

# Taus, Cebulash & Landau, llp

80 Maiden Lane, Suite 1204
New York, New York 10038
212-931-0704
www.tcllaw.com

Miles Greaves
Direct: 646-873-7650

March 9, 2018

*Via electronic mail*

Geoffrey W. Castello
David I. Zalman
Jaclyn M. Metzinger
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Re:** *Hasemann v. Gerber Prods. Co.*, No. 1:15-cv-02995-MKB-RER (E.D.N.Y.)
*Greene v. Gerber Prods. Co.*, No. 1:16-cv-01153-MKB-RER (E.D.N.Y.)
*Manemeit v. Gerber Prods. Co.*, No. 2:17-cv-00093-MKB-RER (E.D.N.Y.)

Dear Jeff, David, and Jaclyn:

We represent Plaintiffs Jennifer Hasemann, Debbie Hoth, Jeremy Greene, Cetaria Wilkerson, Wendy Manemeit, and the proposed classes in the above-referenced actions. Pursuant to the Individual Practices and Rules of Judge Margo K. Brodie, attached please find (1) the Notice of Plaintiffs' Consolidated Motion for Class Certification; (2) Plaintiffs' Consolidated Memorandum in Support of Their Motion for Class Certification; (3) the Declaration of Miles Greaves along with Exhibits 1–85 attached thereto; (4) the Declaration of Stefan Boedeker; (5) the Declaration of Gregory Pinsonneault; (6) a chart tracking the state-to-state similarities in intentional-misrepresentation law; (7) a chart tracking the state-to-state similarities in negligent-misrepresentation law; and (8) a chart tracking the state-to-state similarities in fraudulent-concealment law.

Thank you very much,

/s/ *Miles Greaves*

Encls.

cc: Magistrate Judge Ramon E. Reyes, Jr. (by ECF without enclosures)