**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JENNIFER HASEMANN and DEBBIE HOTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS CO.,<br><br>Defendant. | Civil Action No. 1:15-cv-02995-EK-JAM |
| JEREMY GREENE and CETARIA WILKERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS CO.,<br><br>Defendant. | Civil Action No. 1:16-cv-1153-EK-JAM |
| WENDY MANEMEIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS CO.,<br><br>Defendant. | Civil Action No. 2:17-cv-00093-EK-JAM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cetaria Wilkerson, by and through her counsel, without any admissions, hereby voluntarily dismisses with prejudice the action and all claims brought by Plaintiff Wilkerson against Defendant Gerber Products Co. and all associated requests for relief.

Gerber Products Co., by and through its counsel, and without any admission, stipulates to the foregoing voluntary dismissal with prejudice by Plaintiff Wilkerson.

Each party shall bear its own attorneys' fees and costs in connection with these dismissed claims.

DATED: January 8, 2025

Respectfully submitted,


/s/ *Carlos F. Ramirez*
Michael R. Reese
George V. Granade
Carlos F. Ramirez
REESE LLP
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
mreese@reesellp.com
ggranade@reesellp.com
cramirez@reesellp.com

TAUS, CEBULASH & LANDAU, LLP
Miles Greaves
Brett Cebulash
Kevin Landau
123 William Street, Suite 1900A
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703

/s/ *Daniel J. Thomasch*
GIBSON, DUNN & CRUTCHER LLP
Daniel J. Thomasch
Justine Goeke
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
dthomasch@gibsondunn.com
jgoeke@gibsondunn.com

Jason R. Meltzer
1050 Connecticut Avenue, N.W.,
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jmeltzer@gibsondunn.com

Christopher Chorba (*pro hac vice*)
333 South Grand Avenue
Los Angeles, California 90071

mgreaves@tcllaw.com
bcebulash@tcllaw.com
klandau@tcllaw.com

MORGAN & MORGAN COMPLEX LITIGATION GROUP
John A. Yanchunis
Jean Martin
Francesca Kester Burne
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 275-5275
Facsimile: (813) 222-4736
jyanchunis@forthepeople.com
jeanmartin@forthepeople.com
fburne@forthepeople.com

BERGER MONTAGUE PC
E. Michelle Drake
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5933
Facsimile: (612) 584-4470
emdrake@bm.net

Shanon J. Carson
Ellen Noteware
Jacob M. Polakoff
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
enoteware@bm.net
jpolakoff@bm.net

*Attorneys for Plaintiffs and the Class*

Telephone: (213) 229-7000
Facsimile: (213) 229-7520
cchorba@gibsondunn.com

Al Kelly (*pro hac vice*)
1801 California St. #4200
Denver, Colorado 80202
Telephone: (303) 298-5700
Facsimile: (303) 298-5907
akelly@gibsondunn.com

KELLEY DRYE & WARREN LLP
Geoffrey W. Castello
Jaclyn M. Metzinger
Caitlin R. Hickey
3 World Trade Center
175 Greenwich Street
New York, New York 10007
(T): (212) 808-7800
(F): (212) 808-7897
gcastello@kelleydrye.com
jmetzinger@kelleydrye.com
chickey@kelleydrye.com

Matthew F. Chakmakian (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
mchakmakian@kelleydrye.com

*Attorneys for Defendant Gerber Products Company*